UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ERIC CASTRELLON                                                               PETITIONER

VS.                              4:14-CV-00682-SWW-JTR

SHEILA SHARP, Director,
Arkansas Department of
Community Correction                                                          RESPONDENT

### ORDER

The Court has reviewed the Recommended Disposition ("Recommendation") from United States Magistrate Judge J. Thomas Ray. No objections have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that it should be, and hereby is, approved and adopted as this Court's findings in all respects.

It is therefore ordered that Eric Castrellon's petition for a writ of habeas corpus is denied, and this case is dismissed with prejudice. The Court will not issue a certificate of appealability because Mr. Castrellon has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c). Judgment will be entered accordingly.

IT IS SO ORDERED this 24th day of January 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE