UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ERIC CASTRELLON**                                                                                      **PETITIONER**

**VS.**                                        **4:14-CV-00682-SWW-JTR**

**SHEILA SHARP, Director,**
**Arkansas Department of**
**Community Correction**                                                                                  **RESPONDENT**

## JUDGMENT

Consistent with the Order entered this day, IT IS CONSIDERED, ORDERED, and ADJUDGED that this habeas action is dismissed with prejudice.  The Court will not issue a certificate of appealability because petitioner Eric Castrellon has not made a substantial showing of the denial of a constitutional right.   28 U.S.C. § 2253(c).

IT IS SO ORDERED this 24th day of January, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE